**GALATEA DeLAPP #181581**
Attorney at Law
4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
PHONE (559) 803-0471
FAX (559) 961-4488

ATTORNEY FOR   *Carlos Alberto Reyes-Gaona*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00166-LJO |
| *Plaintiff*, | ) | |
| v. | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; DECLARATION OF COUNSEL, AND ORDER THEREON |
| Carlos Alberto Reyes-Gaona | ) | |
| *Defendant*. | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties **Carlos Alberto Reyes-Gaona** , and the **UNITED STATES OF AMERICA**, and through their respective attorneys of record herein, that status conference hearing in the above captioned matter now scheduled for **July 22, 2011 at 9:00 AM  may be continued to August 19, 2011 at 9:00 AM**

A continuance is necessary for investigation, plea negotiations, and to do probation fast track interview  and  present plea options to defendants.

//

//

//

//

//

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice herein for effective preparation and plea negotiations pursuant to 18
3  U.S.C. §§ 3161(h)(8)(A).

5  DATED: June 13, 2011          /s/ Galatea DeLapp
                                 *GALATEA DeLAPP*
6                                Attorney for **Carlos Alberto Reyes-Gaona**

7  DATED: June 13, 2011          *Benjamin B. Wagner*
8                                United States Attorney

10                           By  /s/ Ian Garriques
                                 *Ian Garriques*
11                               **Assitant United States Attorney**
                                 Attorney for Plaintiff

15                              **ORDER**

17  Good cause has been established.  Time is excluded.

23  IT IS SO ORDERED.
24  **Dated:   June 14, 2011**              /s/ Lawrence J. O'Neill
25                                          UNITED STATES DISTRICT JUDGE

2